PROB 12C
(7/93)

Report Date: July 28, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 2 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Donald Parks    Case Number: 2:06CR06044-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 12/6/2007

| | | | |
|---|---|---|---|
| Original Offense: | Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b); (e), & (f); 2246(s); 2243(a) | | |
| Original Sentence: | Prison - 366 Days; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Jared C. Kimball | Date Supervision Commenced: | 12/19/2008 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: | 12/18/2013 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 14**: You shall be prohibited from possessing or manufacturing any material including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards.

**Supporting Evidence**: Christopher Parks is considered in violation of supervised release as he possessed and viewed pornographic material between December 2010 through July 2011.

On February 1, 2011, Mr. Parks disclosed he had watched some animated/comic pornography in December 2010. Because Mr. Parks had been attending treatment regularly and was participating in the program, his sex offender treatment provider, Matt Cummings recommended the defendant continue in sex offender treatment for an additional 6 months.

Prob12C
Re: Parks, Christopher Donald
July 26, 2011
Page 2

On June 17, 2011, the defendant contacted this officer and disclosed that he recalled an inappropriate action that he did not disclose previously. Mr. Parks stated he had taken photographs of female body parts with his cell phone and was using them to masturbate. The females were unaware the photographs were being taken and he advised this behavior continued through March 2011. He also admitted he knew one of the females was 17 years of age. Mr. Parks stated he also disclosed this information to his treatment provider.

Mr. Cummings contacted this officer on July 26, 2011, and advised the defendant has continued viewing pornographic material. Mr. Cummings stated the defendant admitted he had viewed pornography approximately 3 weeks prior. He reported viewing it for 3 days via the internet, and perused the content for about 2 hours each time. Mr. Parks advised this officer that the incident occurred in his home and he was viewing animated/comic pornography.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/28/2011

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

8/2/11
Date